## HAROLD R. BOWMAN
### vs.
## PARKER BOWMAN BAKING COMPANY, INC.

Superior Court     New Haven County     File #44071

Present:   Hon. FRANK P. McEVOY, Judge.

Curtis Thompson,                Attorney for the Receiver.

**MEMORANDUM FILED APRIL 30, 1935.**

McEVOY, J. This motion is in connection with a letter dated March 22, 1935, written by Morgan R. Mooney, Esq., Labor Compliance Officer, which is marked Exhibit A* in Receiver's motion as to alleged wage claims.

The basis of these claims seems to be that it is alleged that these various employees were employed by Parker Bowman Baking Company.

The alleged claims for wages do not grow out of an employ-ment by Parker Bowman Baking Company but they arise out of the conduct of the business of that concern by the Receiver.

Under these circumstances the Receiver is not responsible nor liable for any of the payments set up in these claims and the Receiver is instructed not to pay any of these claims and to disallow them.

* Exhibit A, pointed out that forty hours a week is the maximum as set by the baking industry code and that an investigation had indicated this had been violated. In advising them to file a claim for time and one-half, as provided by the code for overtime, he stated, "it is customary for the N.R.A. to adjust such violations, and it is the opinion of this office that you have a legal and enforce-able claim for that amount. For this reason, I am advising that you file claim with the Superior Court."